PER CURIAM.
Affirmed. See State v. Mancino, 705 So. 2d 1379 (Fla. 1998) ; Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009) ; Waiter v. State, 965 So. 2d 861 (Fla. 2d DCA 2007) ; Vonador v. State, 915 So. 2d 1231 (Fla. 2d DCA 2005) ; Pitts v. State, 832 So. 2d 260 (Fla. 2d DCA 2002) ; Simms v. State, 949 So. 2d 373 (Fla. 4th DCA 2007) ; Labadie v. State, 840 So. 2d 332 (Fla. 5th DCA 2003).
CASANUEVA, LUCAS, and ROTHSTEIN-YOUAKIM, JJ., Concur.